UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ERIK MCGOVERN, on behalf of himself and all others similarly situated,

                Plaintiffs,

- against -

EMPIRE MERCHANTS NORTH, LLC; EMPIRE MERCHANTS, LLC, and any other related entities,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 25-cv-00660 (AMN) (MJK)

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties herein and/or their respective counsel, that the above-captioned action filed by Erik McGovern is voluntarily dismissed with prejudice and without costs to any party pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

Dated: New York, New York
       October 4, 2025

LEEDS BROWN LAW, P.C.

By: _____
Michael A. Tompkins, Esq.
One Old Country Road, Suite 347
Carle Place, New York 11514
mtompkins@leedsbrownlaw.com
*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Jessica Giambrone Palmese, Esq.
875 Third Avenue
New York, NY 10022
jpalmese@ebglaw.com
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: November 13, 2025
      Albany, NY